

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00160-CR

_____

EX PARTE FRANKLIN ROBERT ELKINS

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. C-2-W012030-0842389-E

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Franklin Robert Elkins attempts to appeal from the trial court's "Order Adopting Actions of Magistrate and Order of Transmittal" adopting and ratifying a magistrate judge's recommendation that Elkins's pro se Article 11.07 application for writ of habeas corpus—seeking postconviction relief from his May 26, 2004 felony conviction for intoxication manslaughter—be dismissed. *See* Tex. Code Crim. Proc. Ann. art. 11.07. *See generally Elkins v. State*, No. 2-04-243-CR, 2005 WL 3082226, at *1 (Tex. App.—Fort Worth Nov. 17, 2005, pet. ref'd) (mem. op., not designated for publication) (affirming Elkins's intoxication-manslaughter conviction).

We lack jurisdiction over matters related to postconviction relief from an otherwise final felony conviction; exclusive jurisdiction over those matters is in the Texas Court of Criminal Appeals. *See Ater v. Eighth Ct. of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding); *see also* Tex. Code Crim. Proc. Ann. art. 11.07; *Bd. of Pardons & Paroles ex rel. Keene v. Ct. of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding). We thus notified Elkins by letter of our concern that we lack jurisdiction over this appeal. We warned him that we could dismiss this appeal for want of jurisdiction unless he or any party wanting to continue the appeal filed a response within 10 days showing grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3. Elkins filed a response, but it does not show grounds for continuing the appeal.

Because we lack jurisdiction to consider Elkins's appeal, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 10, 2022